Frank Serock, Plaintiff and Counterdefendant, Appellee, v. Stanley Senkiewicz et al., Defendants and Counterclaimants, Appellants.

Gen. No. 46,112.

George B. Cohen, and Helen Irene Cohen, for appellants; Matthew Steinberg, and Fred Polacek, for appellee; Abraham Miller, of counsel. Opinion by PRESIDING JUSTICE NIEMEYER. Not to be published in full. Opinion filed October 26, 1953; rehearing denied November 16, 1953; released for publication December 1, 1953.